UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-26040-CIV-ALTMAN/D'ANGELO

EVANGELOS SKEVOFILAX,

    Plaintiff,

vs.

CITY OF MIAMI, and UNITED
AMERICAN LIEN AND RECOVERY
CORP.,

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.[1] On December 29, 2025, Plaintiff filed his Motion for Leave to Proceed *In Forma Pauperis* (DE 8). Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* contains a single sentence that his application and affidavit will be filed separately, which prevents the Court from conducting any meaningful review (*id.*). The Motion for Leave to Proceed *In Forma Pauperis* does not contain any financial information, and is not signed under oath (*id.*). Accordingly, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED WITHOUT PREJUDICE**. Plaintiff may refile an application to proceed *in forma paupeirs* that contains the requisite financial information.

On December 30, 2025, Plaintiff filed a Motion for Leave to File Under Seal, stating that "he is preparing a concurrent motion" to proceed *in forma pauperis*, which will contain confidential personal and financial information (DE 9). Plaintiff may file documents in support of

---

[1] This case was referred to the undersigned Magistrate Judge for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on all dispositive matters (DE 15).

a motion for leave to proceed *in forma pauperis* that contains confidential personal financial information **UNDER SEAL**. Accordingly, Plaintiff's Motion for Leave to File Under Seal (DE 9) is **GRANTED**.

On December 30, 2025, Plaintiff also filed a Motion for Referral to the Volunteer Attorney Program (DE 10). However, also on December 30, 2025, Plaintiff filed a Motion to Remand, seeking to remand this action to state court (DE 14). Thus, Plaintiff's Motion for Referral to the Volunteer Attorney Program (DE 10) is **DENIED WITHOUT PREJUDICE**, pending the resolution of the Motion to Remand. If the case is not remanded to the state court, Plaintiff may renew his motion for referral to the volunteer attorney program at that time.

**DONE and ORDERED** in Chambers in Miami, Florida on this 6th day of January, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:   *Pro se* Plaintiff Evangelos Skevofilax
      All Counsel of Record