UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-26040-CIV-ALTMAN/D'ANGELO

EVANGELOS SKEVOFILAX,

    Plaintiff,

vs.

CITY OF MIAMI, and UNITED AMERICAN LIEN AND RECOVERY CORP.,

    Defendants.

_____/



## PLAINTIFF'S SCHEDULING REPORT

1. **Meeting of Parties via Videoconference**

   On January 7, 2026, pursuant to Local Rule 16.1(b)(1), a video conference was held between:

   | | |
   |---|---|
   | Evangelos Skevofilax | Plaintiff, pro se |
   | Marguerite C. Snyder | Counsel for Defendant City of Miami |

2. **Proposed Dates**

   Plaintiff's Proposed Scheduling Order consists of proposals for deadlines and was submitted via email.

3. **Conference Report:**

   a. **Likelihood of Settlement**: Settlement is unlikely before the City's forthcoming Motion to Dismiss.

   b. **Likelihood of appearance in the action of additional Parties**: Justice may require the addition of parties identified during discovery.

   c. **Proposed limits on deadlines**: Please see Plaintiff's Proposed Scheduling Order submitted via email.

d. **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**: The City declined to confer. Plaintiff is amenable to eliminating claims and identifying causes of action ripe for summary judgement.

e. **The necessity or desirability of amendments to the pleadings**: The operative pleading may be amended after the City's forthcoming Motion to Dismiss.

f. **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**: The City declined conferral on Plaintiff's requests for admission.

g. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**: The City declined to confer.

h. **Suggestions on the advisability of referring matters to a Magistrate Judge or master**: This matter has been referred to Magistrate Judge Ellen F. D'Angelo for resolution of non-dispositive matters and for report and recommendations on dispositive motions.

i. **Preliminary estimate of the time required for trial**: The Parties agreed that a trial would take no longer than three days.

j.  **Requested date or dates for conferences before trial, a final pretrial conference, and trial**: Please see Plaintiff's Proposed Scheduling Order submitted via email.

k.  **Any issues about**:

   i.  **Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:** The City declined to confer. Plaintiff agrees to Bates-stamped documents in PDF format. Documents will be produced in native format, as well as meta-data, at the request of a party, subject to any appropriate objections.

   ii. **Claims of privilege or protection as trial preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:** There are no disputes currently.

   iii. **When the parties have agreed to use the ESI Checklist available on the Court's website, matters enumerated on the ESI Checklist:** Plaintiff agrees to use the ESI Checklist whenever necessary during these proceedings and does not anticipate issues with electronic discovery.

   iv. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference:** Plaintiff is prepared to attend conference.

January 11, 2026

Respectfully submitted,

*[signature]*

Evangelos Skevofilax

3400 Pan American Drive

Miami FL 33133

Tel.: 305-339-2568

skev.evan@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I filed a paper copy of the foregoing document with the Clerk of the Court and emailed a courtesy copy to the service list below:

*[signature]*

Evangelos Skevofilax

## SERVICE LIST

| Marguerite C. Snyder | Brandon L. Fernandez | Kenneth Dorchak, Esq. |
|---|---|---|
| Tel.: 305-416-1800 | Tel.: 305-416-1800 | Registered Agent |
| MSnyder@miamigov.com | BFernandez@miamigov.com | United American Lien And Recovery |
| EReinikeheinemann@miamigov.com | | Tel.: 305-891-0211 |
| MDelgadillo@miamigov.com | | kdorchak@bhdlawfirm.com |