UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-26040-CIV-ALTMAN/D'ANGELO

EVANGELOS SKEVOFILAX,

    Plaintiff,

vs.

CITY OF MIAMI, and UNITED
AMERICAN LIEN AND RECOVERY
CORP.,

    Defendants.
_____/

## ORDER SETTING MOTIONS HEARING

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on all dispositive matters (DE 15). Accordingly, it is hereby **ORDERED** that:

The Parties shall appear in-person on **February 18, 2026** at **2:00 p.m.** at **Courtroom 10-06** in the **James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, 10th Floor, Miami, Florida 33132** for a motions hearing before the Court. The Parties must be prepared to address all the pending motions (DE 14, 30, 31, 32) and any other issues related to those motions.

**DONE and ORDERED** in Chambers in Miami, Florida on this 27th day of January, 2026.

                                                                           _____
                                                                           ELLEN F. D'ANGELO
                                                                           UNITED STATES MAGISTRATE JUDGE

cc:       All Counsel of Record